## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER TORITSEJU ALUYA
OGHENERO,

        Petitioner

        v.

CRAIG A. LOWE, *et al.*,

        Respondents

:
:
:
:
:
:
:
:
:
:
:
:

Civil No. 3:17-cv-800

(Judge Mariani)

## ORDER

**AND NOW**, this _14th_ day of September, 2017, upon consideration of the petition

for writ of habeas corpus, and for the reasons set forth in the Court's Memorandum of the

same date, **IT IS HEREBY ORDERED THAT**:

1.    The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as moot.

2.    The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge